

JAN 0 5 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-382 |
| | § | Judge Jordan |
| SAMUEL GREGORY SHORTER, JR. (45) | § | |

## FACTUAL BASIS

The defendant, **Samuel Gregory Shorter, Jr.**, hereby stipulates and agrees that at all times relevant to the Fourth Superseding Indictment herein, the following facts were true:

1. That the defendant, **Samuel Gregory Shorter, Jr.**, who is changing his plea to guilty, is the same person charged in the Fourth Superseding Indictment.

2. That the events described in the Fourth Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. From in or about January 2016, **Samuel Gregory Shorter, Jr.**, with other co-defendants did conspire, confederate and agree with each other, with intent to defraud, devised, or willfully participated in, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and obtain property to wit: new devices (e.g., phones, tablets, laptops, and smart watches) by materially false or fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme or artifice, did knowingly transmit or cause the transmission of any writing, signal, or sound by means of wire communication in interstate commerce.

4.  That the dollar loss amount from the wire fraud committed by **Samuel Gregory Shorter, Jr.** was approximately $19,549.82.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.  I have read this Factual Basis and the Fourth Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 12/6/22

SAMUEL GREGORY SHORTER, JR.
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.  I have read this Factual Basis and the Fourth Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Fourth Superseding.

Dated: 12/6/22

JAMES AULBAUGH, III
Attorney for the defendant